Rel: May 9, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2023-0609

Kelly Jean Crane and Matthew J. Crane v. U.S. Bank Trust National Association, as trustee of the Igloo Series III Trust; BSI Financial Services; Rushmore Loan Management Services, LLC; and MTGLQ Investors, LP (Appeal from Jefferson Circuit Court: CV-19-903702).

McCOOL, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Stewart, C.J., and Wise, Sellers, and Mitchell, JJ., concur.